**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6521

CARL A. EUBANKS,

Petitioner - Appellant,

versus

TERRY A. O'BRIEN, Warden; UNITED STATES OF
AMERICA,

Respondents - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (7:06-cv-00107-sgw)

Submitted: July 20, 2006                Decided: July 27, 2006

Before WIDENER and WILKINSON, Circuit Judges, HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Carl A. Eubanks, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carl A. Eubanks, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2000) petition and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Eubanks v. O'Brien, No. 7:06-cv-107-SGW (W.D. Va., Feb. 16, 2006; filed Feb. 28, 2006 & entered Mar. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED